**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**NATIONWIDE INDUSTRIES, INC.,**

    **Plaintiff,**

**v.**                                                      **Case No.: 8:15-cv-01484-SDM-TGW**

**WELDON INDUSTRIES, INC.,**

    **Defendant.**

_____/

**FINAL MEDIATION REPORT**

After the filing of the Mediation Report (Doc. 25), the parties continued their mediation discussions and made additional progress.

The matter is settled pending signatures on final documents.

Done December 23, 2015 in Tampa, Florida.

                                    Respectfully submitted,

                                    /s/ Peter J. Grilli
                                    Peter J. Grilli, Esq.
                                    Florida Bar No. 237851
                                    Mediator
                                    3001 West Azeele Street
                                    Tampa, Florida 33609
                                    813.874.1002   Fax: 813.874.1131
                                    email: meditr@aol.com

I HEREBY CERTIFY that December 23, 2015 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

                                    /s/ Peter J. Grilli
                                    Peter J. Grilli, Esq.